Julian R. GREEN, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 35968.

Missouri Court of Appeals,
Western District.

March 12, 1985.

Motion for Rehearing and/or Transfer to
Supreme Court Overruled and Denied
April 30, 1985.

Joseph H. Locascio, Sp. Public Defender,
John M. Torrence, Asst. Sp. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Philip M.
Koppe, Asst. Atty. Gen., Kansas City, for
respondent.

Before TURNAGE, C.J., and SHANGLER and MANFORD, JJ.

ORDER

PER CURIAM:

Appeal from denial after evidentiary
hearing of a Rule 27.26 motion to vacate
conviction of forgery, Section 570.090.1(4),
RSMo 1978, and sentence of four years
imprisonment.

Judgment affirmed. Rule 84.16(b).